# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

Brenda McCall,
    Plaintiff,

v.

Michael J. Astrue,
    Defendant.

Civil Action No.
11-3359-CV-S-JTM

## O R D E R

On Friday, August 31, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 9, 2012, 2011, [Doc. 7] and the *Brief For Defendant*, filed March 23, 2012, [Doc. 12]. After due consideration of the issues presented and for the reasons set forth by the Court at the conclusion of the August 31, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**